UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INES FIGUEROA,

                Plaintiff,

v.

PONCE DE LEON FEDERAL BANK,

                Defendant.

Civil Action No. 11-CIV-7633-PAC-HBP

**NOTICE OF MOTION**

---

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of this Motion, and the pleadings herein, Defendant Ponce De Leon Federal Bank will move this Court before the Honorable Henry B. Pitman, United States Magistrate Judge, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order granting Defendant's Motion to Dismiss the Complaint.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b), answering papers, if any, are to be served within fourteen (14) days after service of the moving papers.

Dated:  New York, New York
         December 28, 2011

                                    **ANDERSON KILL & OLICK, P.C.**

                                    By:/s/ Peter A. Halprin
                                        Peter A. Halprin
                                        1251 Avenue of the Americas
                                        New York, NY 10020
                                        Tel: (212) 278-1165
                                        Fax: (212) 278-1733

                                        *Attorneys for Defendant Ponce De Leon Federal Bank*