UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INES FIGUEROA,<br><br>                           Plaintiff,<br><br>v.<br><br>PONCE DE LEON FEDERAL BANK,<br><br>                          Defendant. | Civil Action No. 11-CIV-7633-PAC-HBP<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ponce De Leon Federal Bank ("Defendant"), by their undersigned counsel, certifies that no parent corporation exists and no publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York
         December 28, 2011

                                        **ANDERSON KILL & OLICK, P.C.**

                                        By:/s/ Peter A. Halprin
                                            Peter A. Halprin
                                            1251 Avenue of the Americas
                                            New York, NY 10020
                                            Tel: (212) 278-1165
                                            Fax: (212) 278-1733

                                            *Attorneys for Defendant Ponce De Leon*
                                            *Federal Bank*

nydocs1-980601.2