UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INES FIGUEROA,

                Plaintiff,

v.

PONCE DE LEON FEDERAL BANK,

                Defendant.

Civil Action No. 11-CIV-7633-PAC-HBP

---

### AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK  )
                                ) ss.:
COUNTY OF NEW YORK )

        Patricia Ryan, being duly sworn, deposes and says:

        I am over 18 years of age and I am not a party to this lawsuit. I am a legal secretary of Anderson, Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

        On the 28th day of December, 2011, I served Defendant's Notice of Motion; Memorandum of Law in Support of Defendant's Motion to Dismiss; Rule 7.1 Statement and pursuant to Local Rule 7.2, a copy of the *Gemma v. Suny Downstate Medical Center* 2008 WL 3334038 upon the following:

        Ms. Ines Figuero
        1001 Jerome Avenue
        Bronx, NY 10452
        Plaintiff Pro Se

by causing true copies to be enclosed in a first class post paid envelope addressed at the address listed above, and causing them to be deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                  */s/ Patricia Ryan*
                                                  Patricia Ryan

Sworn to before me this
28th day of December, 2011

*/s/ Mary E. Brooks*
Notary Public

                                          MARY E. BROOKS
                                  Notary Public, State of New York
                                       No. 01BR6076379
                                  Qualified in Queens County
                                Commission Expires June 14, 2014

nydocs1-980740.1