# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: 11-CIV-7633-PAC-HBP

-----------------------------------------------------------X

**INES FIGUEROA,**

                Plaintiff,

            v.

**PONCE DE LEON FEDERAL BANK,**

                Defendant.

-----------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, January 5, 2012, at 7:31 P.M. deponent **served the within Motion to Admit Counsel Pro Hac Vice, Affirmation of Peter A. Halprin, Esq., Notice of Motion, Memorandum of Law in Support of Defendant's Motion to Dismiss, Rule 7.1 Statement and Genna v SUNY Downstate Medical Center all of which were endorsed with the Civil Action No.: 11-CIV-7633-PAC-HBP**

Upon:      **Ines Figueroa**
Located at:  1001 Jerome Avenue, Apartment 9A, Bronx, New York 10452-5763

**Substitute Service on a Suitable Age Person**: by delivering a true copy of the aforesaid documents to

                **Raymond Monell** – Son,

a person of suitable age and discretion and he stated that he was authorized to accept service of process for the defendant. Said premises is defendant's dwelling place within the state. Deponent knew said person so served to be the person described therein.

Deponent completed service by depositing a copy of same in a first class mailing in a postpaid envelope properly addressed at: Ines Figueroa, 1001 Jerome Avenue, Apartment 9A, Bronx, New York 10452-5763 in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. A first class mailing was effected from the Merrick Post Office, Merrick, NY on 1/6/12 (see attached receipt and certificate of mailing).

Deponent asked Raymond Monell whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply and that the person so served wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant so served is not in the military service in either New York State or the United States as that term is defined in either the New York statutes or the Federal statutes including the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act of 1940" and the New York "Soldiers' and Sailors' Civil Relief Act".

Raymond Monell's Description: Hispanic, Brown Skin, Male, Short Curly Black Hair, 29 Years Old, 5'9" and 185 Lbs

                **Corey Guskin**
                License # 1094475

Sworn to before me this 6th day of January, 2012

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov. 1 20 14