UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/12

INES FIGUEROA,

                Plaintiff,

v.

PONCE DE LEON FEDERAL BANK,

                Defendant.

Case No. 11-CIV-7633-PAC-HBP

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Peter A. Halprin, Esq., attorney for Defendant Ponce De Leon Federal Bank and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Marc G. Tarlow
Shumaker Williams, P.C.
1 East Market Street, Suite 301
York, PA 17401
Tel: (717) 848-5134 - Fax: (717) 848-5125
E-mail: mgt@shumakerwilliams.com

is admitted to practice *pro hac vice* as counsel for Defendant Ponce De Leon Federal Bank in the above captioned case in the United States District Court of the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 1-26-12
New York, New York

_____
United States Magistrate Judge

nydocs1-980430.1