USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/12

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
INES FIGUEROA,
                        Petitioner,                      11 **CIVIL** 7633 (PAC)(HBP)

      -against-                              **JUDGMENT**

PONCE DE LEON FEDERAL BANK,
                       Respondent.
-----------------------------------------------------------X

Whereas on July 13, 2012, the Honorable Henry B. Pitman, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that the Court grant Ponce De Leon's motion to dismiss; plaintiff having filed objections to the report, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on August 10, 2012, having rendered its Order adopting the report in its entirety, granting Ponce De Leon's motion to dismiss, and directing the Clerk of Court to enter judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 10, 2012, the report is adopted in its entirety, and Ponce De Leon's motion to dismiss is granted; pursuant to 28 U.S.C § 1915(a), the Court finds that any appeal from the Order dated August 10, 2012 would not be taken in good faith; accordingly, the case is closed.

**Dated:** New York, New York
          August 15, 2012

                                                                   **RUBY J. KRAJICK**

                                                                **Clerk of Court**
                      BY:
                                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____