UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ines Figueroa

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Ponce De Leon Federal Bank

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 Civ. 7633 (PAC) (HBP)

**NOTICE OF APPEAL
IN A CIVIL CASE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2012

Notice is hereby given that Ines Figueroa
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

granted Ponce DeLeon Federal Bank and Judge
*(describe the judgment)*

Dismiss case. The reason for my appeal is due to my claim that this case have been Fraudulent from the beginning shall be revised since I have been reporting it from day one.

entered in this action on the 24 day of 08, 2012.
    (date)        (month)    (year)

Ines Figueroa
Signature

1001 Jerome Avenue (9-A)
Address

Bronx, N.Y. 10452
City, State & Zip Code

DATED: 8  24, 2012

(718) 588-1941
Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Ines Figueroa__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

__11__ Civ. __7633 (PAC) (HBP)__

-against-

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

__Ponce De Leon Federal Bank__

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, __Ines Figueroa__, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: __Pursuant to the Judgement granted to Ponce DeLeon Federal Bank and dismiss case in their favor. I am appealing this case since I am very affected as a result of the fraudulent procedure from day one and which I have been ignored even with the psychological, emotional abuse and justice never been considered. It has been unfair, hope call someone's attention. I have never been legally represented unfortunately__

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    __Na__

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   a) __7/18/94 → 10/24/2007__
   b) __$3600 monthly__

Rev. 07/2007

1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

___yes - social Security - Disability___

a) Are you receiving any public benefits? ☒ No. ☐ Yes, $_____.

b) Do you receive any income from any other source? ☐ No. ☒ Yes, $1,380.00 (SSD)

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No. ☒ Yes, $200.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No. ☒ Yes, $1,900 - (account - chase) mutual fund if die for cremation

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No. ☒ Yes, $1066.89

7. List the person(s) that you pay money to support and the amount you pay each month.

___N/A___

8. State any special financial circumstances which the Court should consider.

I am a disabled person - which every month struggle to meet the monthly expenses in my household - It is hard. can't be able to afford a lot of things or save.

Rev. 07/2007

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____24____ day of ____08____, __2012__.
              *date*                     *month*      *year*

                                                      ____Jres Figueroa____
                                                             *Signature*

**Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.**

                                                             _____
                                                                 United States District Judge

DATED:      _____ ____, 20__

                 _____, New York

*Rev. 07/2007*